- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _Daeenlepchurch_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)

D Upchurch

C. Date of Delivery 7/22/19

1. Article Addressed to:

University Hospitals Health System, Inc.
c/o ACFB INCORPORATED
Statutory Agent
200 Public Square, Ste. 2300
Cleveland Ohio, 44114

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No



9590 9402 5096 9092 4794 73

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
☐ ...Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7018 1130 0001 9212 1182

PS Form 3811, July 2015 PSN 7530-02-000-9053

19-cv-01546

Domestic Return Receipt



United States Postal Service

9590 9402 5096 9092 4794 73

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Northern District of Ohio
Eastern Division
801 West Superior Avenue
Cleveland, Ohio 44113
ATTN: CLERK OF COURTS





9590 9402 5096 9092 4794 66

**United States Postal Service**

Northern District of Ohio
Eastern Division
801 West Superior Avenue
Cleveland, Ohio 44113
ATTN: CLERK OF COURTS

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10