# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DAMON HENRY, | ) CASE NO.  1:19-cv-01546-SL |
| | ) |
| Plaintiff, | ) JUDGE SARA LIOI |
| | ) |
| vs. | ) |
| | ) |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al., | ) **NOTICE OF SERVICE** |
| | ) |
| | ) |
| Defendants. | ) |

Please take notice that on the 27th day of January 2020, Defendant University Hospitals Health System, Inc., by and through its undersigned counsel, served its First Set Of Interrogatories And Requests For Production Of Documents upon Plaintiff's counsel, Brian D. Spitz, Esq. and Daniel S. Dubow, Esq., The Spitz Law Firm, LLC, 25200 Chagrin Boulevard, Suite 200, Beachwood, Ohio 44122.

Respectfully submitted,

  */s/ Ashley M. Manfull*
Thomas R. Crookes  (0038969)
Ashley M. Manfull  (0071372)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
106 S. Main Street, Suite 1100
Akron, OH  44308
(330) 208-1000
(330) 208-1001 *facsimile*
trcrookes@vorys.com
ammanfull@vorys.com

*Counsel for Defendants,*
*University Hospitals Health System, Inc.*
*and Karen Hess*

## **CERTIFICATE OF SERVICE**

    A copy of the foregoing *Notice Of Service* was filed with the Court electronically on January 27, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Ashley M. Manfull*
                                          Ashley M. Manfull (0071372)