IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAMON HENRY, ) | CASE NO.  1:19-cv-1546-SL |
| ) | |
| Plaintiff, ) | JUDGE SARA LIOI |
| ) | |
| vs. ) | |
| ) | |
| UNIVERSITY HOSPITALS ) | |
| CLEVELAND MEDICAL CENTER, *et* ) | |
| *al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**ORDER**

On August 28, 2020, Defendants University Hospitals Cleveland Medical Center and Karen Hess ("Defendants") filed a Motion (Doc. No. 30) to order PsychBC of Beachwood ("PsychBC") to show cause why it should not be held in contempt for its failure to obey a subpoena for records issued by Defendants pursuant to Rule 45 of the Federal Rules of Civil Procedure, and further ordering PsychBC to appear for a records deposition and/or to provide Defendants with the subpoenaed records of Plaintiff. PsychBC has failed to enter an appearance or respond to Defendants' Motion to show cause. Accordingly, the Court finds that Defendants have stated sufficient grounds and that said Motion be granted.

IT IS THEREFORE ORDERED that PsychBC appear before this Court on the **13th day of October, 2020 at 10:00 a.m. o'clock** to then and there show cause, if any, as to why it should

not be held in contempt for its failure to comply with Defendants' subpoena. The hearing will be canceled if, prior to the hearing date, PsychBC produces the entirety of documents requested by the subpoena and a notarized affidavit verifying the authenticity of the documents, in the form provided with Defendants' subpoena. The Clerk is directed to make service of this show cause order on PsychBC of Beachwood, 23625 Commerce Park, Suite 100, Beachwood, Ohio 44122 in an expeditious manner by certified mail, return receipt requested, and to do so at least ten (10) business days before the hearing.

**IT IS SO ORDERED**.

Dated: September 15, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**